UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

26 CR 164 (PKC)

-against-

ORDER

CHRISTOPHER WARD,

Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

The pretrial conference previously scheduled for October 28, 2026 is adjourned until November 10, 2026 at 12:00 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to accommodate the Court's calendar. Accordingly, the time between today and November 10, 2026 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 21, 2026